FIRST DEPARTMENT, JUNE, 1970

(June 2, 1970)

In the Matter of EDITH L. KUCHTA, Appellant, v. JOSEPH A. KUCHTA, Respondent.— Judgment unanimously affirmed, without costs, and without disbursements. The determination of this appeal is without prejudice to a determination on the merits of issues relative to the welfare of the child where such issues are properly raised in any subsequent proceeding. Concur — Eager, J. P., Capozzoli, McGivern and Nunez, JJ.

(Republished.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS J. JONES, Appellant.— Judgment unanimously affirmed. No opinion. Order entered on March 26, 1970 [34 A D 2d 616], vacated. Concur — Capozzoli, J. P., McGivern, Nunez and Steuer, JJ.